| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>              U.S. MAGISTRATE JUDGE | DATE: 9/16/2013<br>TIME:  9:30 AM |

CASE:  **CV 11-2980  (GRB)** Bernardi v. Long Island Rail Road

TYPE OF CONFERENCE: Jury Selection and Trial

APPEARANCES:     Emil DiNardo

　　　　　　　　　Christopher Yodice

COURT REPORTER: Harry Rapaport

**THE FOLLOWING RULINGS WERE MADE:**

☒    Jury selection and voir dire held.  Jury panel sworn.  Opening statements of plaintiff and defendant.  Trial to continue on 9/17/2013 at 9:30 AM.