| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>         U.S. MAGISTRATE JUDGE | DATE: 9/18/2013<br>TIME:  9:30 AM |

CASE:  **CV 11-2980  (GRB)** Bernardi v. Long Island Rail Road

TYPE OF CONFERENCE: Jury Selection and Trial

APPEARANCES:     Emil DiNardo

Christopher Yodice

COURT REPORTER:

**THE FOLLOWING RULINGS WERE MADE:**

☒     Witnesses sworn.  Evidence entered.  Trial to continue on 9/19/2013 at 9:30 AM.

SO ORDERED

/s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge